IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATALIE CUNHA, *Individually and on Behalf of all Others Similarly Situated,*<br><br>Plaintiffs,<br><br>v.<br><br>LA QUINTA HOLDINGS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-CV-0540-K |
| JORDAN ROSENBLATT, *Individually and on Behalf of all Others Similarly Situated,*<br><br>Plaintiffs,<br><br>v.<br><br>LA QUINTA HOLDINGS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-CV-0558-K |
| STEPHEN BUSHANSKY, *On Behalf of Himself and Others Similarly Situated,*<br><br>Plaintiffs,<br><br>v.<br><br>LA QUINTA HOLDINGS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-CV-0648-K |

## **ORDER OF CONSOLIDATION**

On the Court's own motion, the Court **ORDERS** that Case Nos. 3:18-CV-0558-K, and 3:18-CV-0648-K,  are hereby **CONSOLIDATED** with Case No. 3:18CV-0540-K.

All future filings shall be filed in 3:18-CV-0540-K.

**SO ORDERED.**

Signed May 2nd, 2018.


_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE