## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LA QUINTA HOLDINGS, INC., MITESH B. SHAH, JAMES R. ABRAHAMSON, GLENN ALBA, SCOTT O. BERGREN, ALAN J. BOWERS, HENRY G. CISNEROS, KEITH A. CLINE, GIOVANNI CUTAIA, BRIAN KIM, and GARY M. SUMERS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:18-cv-00558<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jordan Rosenblatt ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to Plaintiff's claims on behalf of the putative class in the Action. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 1, 2018

**THE KENDALL LAW GROUP, PLLC**

By: */s/ Jamie J. McKey*

Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document has been served via this Court's CM/ECF system on October 1, 2018, in accordance with the Federal Rules of Civil Procedure.

Jamie J. McKey
JAMIE J. MCKEY